[No. 27427-2-II. Division Two. February 14, 2003.]

THE STATE OF WASHINGTON, *Petitioner*, v. JOHN RUSSELL SMITH, *Appellant*, SHAWNY LEE HUGHES-BERTRAND, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 95-5-00128-8, David R. Draper, J., entered June 5, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27500-7-II. Division Two. February 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON CHARLES McDONALD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00010-9, James E. Warme, J., entered June 8, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 27631-3-II. Division Two. February 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO PEREZ HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-02251-4, Roger A. Bennett, J., entered July 18, 2001. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 27766-2-II. Division Two. February 14, 2003.]

ROBERT CARLSON, *as Trustee, Respondent*, v. PIERCE COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-04634-7, Brian M. Tollefson, J., entered August 29, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Bridgewater, JJ.